(Court of Criminal Appeals of Texas. March 13, 1918.)

1. INTOXICATING LIQUORS ⬥236(1)—ENGAGING IN BUSINESS OF SELLING—SUFFICIENCY OF EVIDENCE.

Evidence *held* to sustain conviction for engaging in business or occupation of selling intoxicants in a prohibition county.

2. CRIMINAL LAW ⬥1090(19)—REVIEW—MOTION FOR CONTINUANCE.

Although appellant on motion for new trial complained of the overruling of his motion for a continuance, where he took no bill to the court's action, the ruling cannot be reviewed.

Appeal from District Court, Lamar County; Ben H. Denton, Judge.

Ben Morse was convicted of engaging in the business or occupation of selling intoxicating liquors in a prohibition county, and he appeals. Affirmed.

E. B. Hendricks, Asst. Atty. Gen., for the State.

PRENDERGAST, J. Appellant was convicted of engaging in the business or occupation of selling intoxicating liquors in Lamar, a prohibition, county, and assessed the lowest punishment.

[1] The proof shows that prohibition had been in force in Lamar county for three years before this prosecution was begun and at the time of the trial. The state proved four sales of intoxicating liquor by appellant from the latter part of September to some time in January following, and that during and before this time he had received through the express company eight distinct shipments of liquor, which he admitted receiving. The court in a proper charge, to which there was no complaint, submitted every issue aptly to the jury. The evidence was sufficient to sustain the conviction.

[2] There is no bill of exceptions. In his motion for a new trial he complains of the court overruling his motion for a continuance. He took no bill to the court's action; hence that question cannot be reviewed under the well-established law of this state. Appellant has filed no brief.

The judgment is affirmed.

DYE v. STATE. (No. 4877.)

(Court of Criminal Appeals of Texas. Feb. 13, 1918.)

Appeal from District Court, Collin County; M. H. Garnett, Judge.

Will Dye, alias Red, was convicted of theft, and he appeals. Affirmed.

E. B. Hendricks, Asst. Atty. Gen., for the State.

MORROW, J. Appellant was convicted of theft, and his punishment assessed at two years' confinement in the penitentiary.

The record contains neither a statement of facts nor bills of exception. In the absence of these, there are no questions raised that can be reviewed.

The judgment of the lower court is affirmed.

RED v. STATE. (No. 4902.)

(Court of Criminal Appeals of Texas. Feb. 13, 1918.)

Appeal from District Court, Smith County; J. R. Warren, Judge.

Phil Red was convicted of violating the local option law, and he appeals. Appeal dismissed, at defendant's request.

E. B. Hendricks, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Appellant was convicted of violating the local option law, and prosecuted an appeal.

The record is without statement of facts or bills of exception, and was submitted upon the record at the last session of this court. Since its submission, appellant has filed an application, properly certified and sworn to, asking the withdrawal of his appeal.

The application will be granted, and the appeal will be dismissed, at appellant's request.

FIELDS v. STATE. (No. 4896.)

(Court of Criminal Appeals of Texas. Feb. 13, 1918.)

Appeal from District Court, Nacogdoches County; L. D. Guinn, Judge.

Albert Fields was convicted of rape, and he appeals. Affirmed.

E. B. Hendricks, Asst. Atty. Gen., for the State.

PRENDERGAST, J. Appellant was convicted of rape, and appealed.

There is no statement of facts, nor any bills of exception, and nothing presented which can be reviewed in the absence of these.

The judgment is affirmed.